# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER, | Case No. LA CV 17-6555 DSF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: 9/20/17

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE